# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CARLOS RODRIGUEZ, and all others
similarly situated

    Plaintiff,

vs.                                                    CASE #: 1:16-cv-24618-JAL

ROMERO BROTHERS LUMPER
SERVICES LLC, a Florida Corporation, and
RICHARD A. ROMERO, individually,

    Defendants.
_____/

11/17/16

11/17/16

N/ #2250

## SUMMONS IN A CIVIL ACTION

To:
RICHARD A. ROMERO
1146 NW 28th Street
Miami, Florida 33127

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MAMANE LAW LLC
1150 Kane Concourse, Fourth Floor
Bay Harbor Islands, FL 33154

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/04/2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Randi Marks
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-24737

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  RICHARD A ROMERO

was received by me on *(date)*  11/04/2016 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  ISABEL-MOTHER
@ 4:13PM , a person of suitable age and discretion who resides there,
on *(date)*  11/17/2016 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date:  11/21/2016

*Server's signature*

NEIL VAISELBERG-PROCESS SERVER #2250
*Printed name and title*

1001 NE 180TH TERRACE
NORTH MIAMI BEACH FL 33162
305-968-4439
*Server's address*

Additional information regarding attempted service, etc:
F,HISP,5'5",145LBS,60,BLACK HAIR, GLASSES
THIS A RESIDENCE AND ONLY KNOWN ADDRESS FOR DEFENDANTS.
MOTHER ISABEL SAID RICHARD AND JANESKY BOTH LIVE AND BUSINESS IS RUN OUT OF THIS ADDRESS.

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

CARLOS RODRIGUEZ, and all others similarly situated

    Plaintiff,

vs.

ROMERO BROTHERS LUMPER SERVICES LLC, a Florida Corporation, and RICHARD A. ROMERO, individually,

    Defendants.
_____/

CASE #: 1:16-cv-24618-JAL

11/17/16
4:13 pm
NY #2250

## SUMMONS IN A CIVIL ACTION

To:
ROMERO BROTHERS LUMPER SERVICES LLC
c/o JANESKY ROMERO
1146 NW 28th Street
Miami, Florida 33127

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    MAMANE LAW LLC
    1150 Kane Concourse, Fourth Floor
    Bay Harbor Islands, FL 33154

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/04/2016 _____



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-24737

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ROMERO BROTHERS LUMPER SERVICES
was received by me on *(date)* 11/04/2016.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* ISABEL-MOTHER, who is designated by law to accept service of process on behalf of *(name of organization)* ROMERO BROTHERS LUMPER SERVICES @ 4:13PM on *(date)* 11/17/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00.

I declare under penalty of perjury that this information is true.

Date: 11/21/2016

*Server's signature*

NEIL VAISELBERG-PROCESS SERVER #2250
*Printed name and title*

1001 NE 180TH TERRACE
NORTH MIAMI BEACH FL 33162
305-968-4439
*Server's address*

Additional information regarding attempted service, etc:
F,HISP,5'5",145LBS,60,BLACK HAIR, GLASSES
THIS A RESIDENCE AND ONLY KNOWN ADDRESS FOR DEFENDANTS.
MOTHER ISABEL SAID RICHARD AND JANESKY BOTH LIVE AND BUSINESS IS RUN OUT OF THIS ADDRESS.